UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BARRY LOUIS LAMON, | ) | 1:12-cv-00296-GSA-PC |
| Plaintiff, | ) ) | ORDER DENYING MOTION FOR PROTECTIVE ORDER AS MOOT |
| vs. | ) ) | (Doc. 9.) |
| B. AMRHEIGN, et al., | ) ) | |
| Defendants. | ) ) | |

Barry Louis Lamon ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on February 28, 2012. (Doc. 1.) On May 1, 2012, Plaintiff filed a motion for a protective order. (Doc. 9.)

Plaintiff requests an order protecting him from sanctions for his failure to respond to orders and documents in this case, to the extent that he failed to respond to documents filed by defendants, or orders issued by the Court, in this action since March 8, 2012. Plaintiff asserts that on March 8, 2012, he was transferred from Corcoran State Prison ("CSP") to California State Prison-Sacramento for a court proceeding in another action, and he was not returned to CSP until April 13, 2012. Plaintiff states that he did not file a notice of change of address with the Court because he did not expect to be away from CSP for such a long period of time, and because he is litigating at least nine court actions for which he

would need to file notices of change of address. Plaintiff seeks protection from sanctions in the event that he missed a court deadline in this action because he did not receive his mail between March 8, 2012 and April 13, 2012.

A review of the court record for this action shows that Plaintiff has not missed any court deadlines to date, and there are no court deadlines currently pending in this action. Therefore, Plaintiff's motion for an order protecting him from sanctions is moot and shall be denied as such. Plaintiff is advised that in the future, his failure to keep the Court apprised of his current address may result in the dismissal of this action. Local Rule 183(b).

Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's motion for a protective order is DENIED as moot.

IT IS SO ORDERED.

**Dated:** **May 8, 2012**        /s/ **Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE

2