# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LOUIS LAMON,<br><br>    Plaintiff,<br><br>    v.<br><br>C/O AUSTIN, et al.,<br><br>    Defendants. | Case No. 1:12-cv-00296-DAD-BAM-PC<br><br>ORDER DIRECTING PLAINTIFF TO RETURN USM 285 FORMS<br><br>(ECF NO. 47)<br><br>RESPONSE DUE IN FOURTEEN DAYS |

    Plaintiff Barry Lamon is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. This action currently proceeds on Plaintiff's February 23, 2015, second amended complaint against Defendants Austin, Schultz, Bandoc, Amrhein, Wilson, and Yzguerra on Plaintiff's claims of retaliation and violations of California Civil Code Section 52.1.

    On April 4, 2016, an order was entered, directing Plaintiff to return to the Court 6 completed USM 285 forms for service of process upon Defendants. The Court provided Plaintiff with the forms, and specifically instructed Plaintiff to complete and return the forms to the Court, along with all CDCR Form 602 documentation submitted in relation to this case. Plaintiff was ordered to complete and return the forms within thirty days. On May 2, 2016, Plaintiff submitted the CDCR 602 documentation. Plaintiff has not submitted the USM 285 forms for service of

process.  Plaintiff must complete the USM 285 forms as directed by the April 4, 2016, order, so that the Court may direct service of process on Defendants.  The Court will provide Plaintiff one further opportunity to complete and return the forms to the Court.  Plaintiff is warned that his failure to do so will result in a recommendation that this action be dismissed for failure to prosecute and failure to obey a court order.

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall return the completed USM 285 forms to the Court within fourteen days of the date of service of this order.

IT IS SO ORDERED.

Dated:   **May 19, 2016**                    /s/ Barbara A. McAuliffe            
                                                        UNITED STATES MAGISTRATE JUDGE