UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LOUIS LAMON,<br><br>    Plaintiff,<br><br>    v.<br><br>C/O AUSTIN et al.,<br><br>    Defendants. | No. 1:12-cv-00296-DAD-BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING MOTIONS<br><br>(Doc. Nos. 52, 55, 63) |

    Plaintiff Barry Louis Lamon is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On November 21, 2016, the assigned magistrate judge issued findings and recommendations recommending the denial of (1) plaintiff's first motion for preliminary injunctive relief, filed June 30, 2016 (Doc. No. 52), and (2) plaintiff's first motion for an order of protection, filed August 8, 2016 (Doc. No. 55), as supplemented (Doc. No. 59). (Doc. No. 63.) The findings and recommendations were served on plaintiff and contained notice that objections thereto were to be filed within fourteen days. That deadline has passed, and no objections were filed.

/////

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The November 21, 2016 findings and recommendations (Doc. No. 63) are adopted in full;
2. Plaintiff's first motion for preliminary injunctive relief (Doc. No. 52) is denied; and
3. Plaintiff's first motion for an order of protection (Doc. No. 55), as supplemented (Doc. No. 59), is denied.

IT IS SO ORDERED.

Dated: **January 30, 2017**

UNITED STATES DISTRICT JUDGE