

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LOUIS LAMON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>B. AMRHEIGN, et al.,<br><br>　　　　Defendants. | Case No.: 1:12-cv-00296-DAD-BAM (PC)<br><br>ORDER THAT INMATE BARRY LOUIS LAMON, CDCR # E-08345 IS NO LONGER NEEDED AS A PARTICIPANT IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IF DISCHARGED |

　　A settlement conference in this matter commenced on November 17, 2017, inmate Barry Louis Lamon CDCR Inmate No. E-083455, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: November 17, 2017

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　United States Magistrate Judge