# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LOUIS LAMON,<br><br>    Plaintiff,<br><br>v.<br><br>B. AMRHEIGN, et al.,<br><br>    Defendants. | Case No. 1:12-cv-00296-DAD-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR THE COURT'S ASSISTANCE REGARDING FAILURE TO PAY SETTLEMENT<br><br>(Doc. 114) |

Plaintiff Barry Louis Lamon is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On November 17, 2017 a settlement conference was held in this matter before Magistrate Judge Michael J. Seng, at which this case settled. (Doc. 104.) On November 20, 2017, defense counsel filed a stipulation for dismissal with prejudice signed by all parties. (Doc. 105.) On November 27, 2017, all parties having stipulated to a dismissal with prejudice, this case was closed. (Doc. 107).

Currently before the Court is Plaintiff's motion for the Court's assistance regarding Defendants' failure to pay the monetary settlement in this case, filed on February 14, 2018. (Doc. 114.) Plaintiff appeared to assert that the monetary portion of the settlement in this case was not paid to him. On March 27, 2018, the Court ordered Defendants to respond to Plaintiff's motion. (Doc. 115.)

On April 12, 2018, Defendants filed a response to Plaintiff's motion. (Doc. 116.) The time for any reply has passed, and none has been filed. Accordingly, the motion is deemed submitted. Local Rule 230(l).

Defendants respond, with a declaration of counsel in support, that the CDCR settlement coordinator was contacted regarding this matter, and the coordinator confirmed that the funds were paid to Plaintiff's trust account on February 7, 2018. A certified copy of Plaintiff's inmate trust account showing the disbursement is attached as an exhibit. (Doc. 116-1, Ex. B.)

Plaintiff has not disputed these representations, and therefore this matter is resolved without further need for Court intervention.

Accordingly, Plaintiff's motion for the Court's assistance regarding Defendants' failure to pay the monetary settlement in this case, filed on February 14, 2018. (Doc. 114), is HEREBY DENIED.

IT IS SO ORDERED.

Dated: **May 8, 2018**          /s/ *Barbara A. McAuliffe*
                                                     UNITED STATES MAGISTRATE JUDGE